■ In the Matter of CAMILLE MAY VOUTOUR, Appellant, v DIANNA S. MAZZARESE et al., Respondents. [812 NYS2d 379]—In a child visitation proceeding pursuant to Family Court Act article 6, the paternal grandmother appeals from so much of an order of the Family Court, Kings County (C. Goldstein, R.), dated January 26, 2005, as, after a hearing, awarded her only supervised monthly visitation with the subject child.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

Under the facts of this case, the Family Court properly found that the child's visitation with the petitioner should be supervised (*see Matter of Emanuel S. v Joseph E.,* 78 NY2d 178 [1991]; *Matter of McNeill v Ressel,* 265 AD2d 484 [1999]) Adams, J.P., Ritter, Rivera and Covello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL TOLENTINO ANDINO, Appellant. [812 NYS2d 376]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Ferdinand, J.), imposed September 8, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Adams, Krausman and Rivera, JJ., concur.